**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

JAVIER BRAVO and ALEXANDER
FERNANDEZ, *individually and on behalf of others
similarly situated,*

                            *Plaintiffs,*

          -against-                                                    Index No. 1:25-cv-07565

ADAM'S HOME FURNITURE INC. (D/B/A
ADAM'S HOME FURNITURE), ADAM                                           **JUDGMENT**
FURNITURE 532 INC. (D/B/A NUMBER 1
FURNITURE), ADAM'S FURNITURE 757 INC.
(D/B/A NUMBER 1 FURNITURE), AMERICAN
HUB FURNITURE INC. (D/B/A AMERICAN
HUB FURNITURE), MENA'S FURNITURE INC.
(D/B/A NUMBER 1 FURNITURE), JOHN DOE
INC. (D/B/A ADAM'S HOME FURNITURE),
MENA AWAD, AND MAHMOUD ELBANA,

                            *Defendants.*

-------------------------------------------------------------------X

On April 10, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, Javier Bravo and Alexander Fernandez, have judgment against

Defendants Adam's Home Furniture Inc. (D/B/A Adam's Home Furniture), Adam Furniture 532

Inc. (D/B/A Number 1 Furniture), Adam's Furniture 757 Inc. (D/B/A Number 1 Furniture),

American Hub Furniture Inc. (D/B/A American Hub Furniture), Mena's Furniture Inc. (D/B/A

Number 1 Furniture), John Doe Inc. (D/B/A Adam's Home Furniture), Mena Awad, and

Mahmoud Elbana, jointly and severally, in the amount of Seventy Thousand Dollars and Zero

Cents ($70,000.00), which is inclusive of attorneys' fees and costs.

So ordered.

The Clerk of Court is directed to
close this case.

Date: April 13, 2026

_____
J. PAUL OETKEN
United States District Judge